Same case below, 280 Va. 231, 699 S.E.2d 237.

**No. 10-9985. Carl Don Martin, Petitioner v. Oklahoma.**

564 U.S. 1008, 131 S. Ct. 3013, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4523.

June 13, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 10-9986. Keith Dale Martin, Petitioner v. Greg Province, Warden.**

564 U.S. 1008, 131 S. Ct. 2999, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4428.

June 13, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 10-9988. S. G., Petitioner v. J. H.**

564 U.S. 1008, 131 S. Ct. 2999, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4509,

June 13, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

**No. 10-9992. Kirk John Northup, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1008, 131 S. Ct. 2999, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4449.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10001. Cathy Reis, Petitioner v. Fannie Mae, et al.**

564 U.S. 1008, 131 S. Ct. 2997, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4507.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-10006. Romano Estrada, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

564 U.S. 1008, 131 S. Ct. 2997, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4420.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10016. Marco Antonio Hercules-Lopez, Petitioner v. Michigan.**

564 U.S. 1008, 131 S. Ct. 2997, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4477.

June 13, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.